# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **TERRY B SMITH,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| V. ) | 4:20-CV-01083-CLM |
| ) | |
| **CAVALRY SPV I, LLC;** ) | |
| **CAVALRY PORTFOLIO** ) | |
| **SERVICES, LLC,** ) | |
| ) | |
| **DEFENDANTS.** ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**COMES NOW** the Plaintiff, Terry B Smith, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, and moves this Court for leave to amend his Complaint, stating as follows:

1. Plaintiff seeks leave to amend his Original Complaint, filed yesterday, to correct a factual error in the Original Complaint.

2. Amendments to the Pleadings should be freely granted. *Warner v. Alexander Grant & Co.*, 828 F.2d 1528, 1531 (11th Cir. 1987); *see also* Fed. R. Civ. P. 15(a).

3. Plaintiff's proposed Amended Complaint is attached hereto as Exhibit "A."

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that this Honorable Court allow him to amend his Complaint.

/s/ John C. Hubbard
John C. Hubbard
Attorney for Plaintiff

**OF COUNSEL:**
John C. Hubbard, LLC
PO Box 953
Birmingham, AL 35203
205-378-8121